UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICIA NILSON and ROBERT NILSON**                                         **PLAINTIFFS**

**V.**                                                **CIVIL ACTION NO.1:07CV0990 LTS-MTP**

**NATIONWIDE MUTUAL INSURANCE CO., ET AL.**                                    **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [9] of Plaintiffs Patricia Nilson and Robert Nilson to remand this action to the Circuit Court of Hancock County, Mississippi, is **DENIED**.

**SO ORDERED** this 6th day of August, 2008.

                                      s/ L. T. Senter, Jr.
                                      L. T. SENTER, JR.
                                      SENIOR JUDGE